No. 11–305.   MCEWEN, WARDEN v. THOMPSON.   C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Greene* v. *Fisher*, *ante*, p. 34.

No. 11A374.   HABERMANN v. UNITED STATES.   Application for bail, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–2590.   IN RE DISBARMENT OF POLLACK.   Disbarment entered.   [For earlier order herein, see 564 U. S. 1016.]

No. 11M43.   SLOUGH ET AL. v. UNITED STATES.   Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.   JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 11M44.   DALLY v. UNITED STATES.   Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 10–704.   MESSERSCHMIDT ET AL. v. MILLENDER ET AL. C. A. 9th Cir.   [Certiorari granted, 564 U. S. 1035.]   Motion of respondents and Brenda Millender, as executor of the estate of Augusta Millender, for substitution as respondent in place of Augusta Millender, deceased, is granted.

No. 11–6335.   DANIEL B. v. SUNAPEE SCHOOL DISTRICT.   Sup. Ct. N. H.; and

No. 11–6728.   MCLAIN v. UNITED STATES.   C. A. 8th Cir.   Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 5, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–7012.   IN RE BENHAM.   Petition for writ of habeas corpus denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6406.   IN RE HARRIS-SCOTT; and

No. 11–6593.   IN RE MACH.   Petitions for writs of mandamus denied.